UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

LAVAR THOMAS,                     )
                                  )
        Petitioner,               )
v.                                )   No. 1:06-737-SEB-JMS
                                  )
STANLEY KNIGHT,                   )
                                  )
        Respondent.               )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/14/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Lavar Thomas
#944197
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov